UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT BOUTON MCDOUGAL,<br><br>    Defendant. | CASE NO. MJ24-261<br><br>DETENTION ORDER |

Offenses charged:

1. Stalking

Date of Detention Hearing:    May 3, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have made threats of extreme violence and bodily injury regarding a treating physician, occurring over the past four years.

2. Defendant poses a risk of nonappearance based upon numerous instances of failure to appear in prior cases in California. Defendant poses a risk of danger based upon his lengthy criminal history. According to the government, Defendant had engaged in violent conduct on numerous occasions. In one instance he threatened a teacher who had given him a B grade, and then, when security officers attempted to remove him from the class he became violent, injuring the officer. He also damaged the patrol vehicle. In another instance, when a prescription was not ready in time, he leapt over the counter and threatened the pharmacist. In another instance, when officer went to arrest him, he threatened them with wooden stakes he pulled from the ground. He eventually had to be tazed by the officers. He engaged in the current alleged conduct while on bond for another offense in California. He has a record of not complying with court orders or supervision. His mother offered to support him and monitor him if he were released, but her statements to the pre-trial services officers were inconsistent with the facts – she stated that he had never hurt anyone or followed through on his threats, but his criminal history and the proffer from the government indicate otherwise.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the Middle District of Florida, and

DETENTION ORDER
PAGE -2

committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 3rd of May, 2024.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3